**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Ashley Elizabeth Connelly | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-12931 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 04/30/2018 and this case is

hereby DISMISSED.

June 4, 2018

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
  Certification Concerning Credit Counseling
  and/or Certificate of Credit Counseling
  Chapter 7 Statement of Your Current Monthly Income Form 122A-1
  Means Test Calculation Form 122A-2
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106