United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12931-mdc
Ashley Elizabeth Connelly                                               Chapter 7
Brian Edwin Connelly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD           Page 1 of 2           Date Rcvd: Jun 04, 2018
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db/jdb         +Ashley Elizabeth Connelly,    Brian Edwin Connelly,    10217 Kilburn Road,
                 Philadelphia, PA 19114-1217
14100488       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     801 Cherry St.,
                 Fort Worth, TX 76102)
14100476        GM Financial,    PO Box 181145,    Arlington, TX 760961145
14100486        Medical Data Systems,    2150.15h Ave.,    Vero Beach, FL 32960
14100473       +Pennsylvania Housing Finance,    2101 N Front St.,    Harrisburg, PA 17110-1086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 05 2018 02:02:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2018 02:02:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2018 02:02:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 02:03:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14100485       +E-mail/Text: bankruptcy@cavps.com Jun 05 2018 02:02:26      Calvary Portflio Services,
                 500 Summit Lake Dr. 400,    Valhalla, NY 10595-2322
14100487       +E-mail/Text: bankruptcy@cavps.com Jun 05 2018 02:02:26      Calvary Portfolio Services,
                 500 Summit Lake Dr 400,    West Chester, NY 10595-2322
14100484       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 02:03:52
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City; UT 84130-0281
14100483       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 05 2018 02:09:09      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14100482       +E-mail/Text: DSLBKYPRO@discover.com Jun 05 2018 02:02:26      Discover Bank - Student,
                 PO Box 30948,    Salt Lake City, UT 84130-0948
14100480       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 05 2018 02:02:35      Diversified Consultants,
                 10550 Deerwood Pk Blvd,    Suite 708,   Jacksonville, FL 32256-2810
14100478        E-mail/Text: bnckohlsnotices@becket-lee.com Jun 05 2018 02:02:12      Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
14100481       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2018 02:02:23      Midland Funding LLC,
                 2365 Northside Dr. 300,    San Diego, CA 92108-2709
14100474        E-mail/PDF: pa_dc_claims@navient.com Jun 05 2018 02:03:53      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
14100898       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 02:03:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14100475       +E-mail/Text: DSLBKYPRO@discover.com Jun 05 2018 02:02:26      SLC Student Loan Trust,
                 PO Box 30948,    Salt Lake City, UT 84130-0948
14100479       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 05 2018 02:02:11
                 Verizon,    500 Technology Dr.,   Weldon Spring, MO 63304-2225
14100477       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 05 2018 02:02:11
                 Verizon Wireless,    PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2              Date Rcvd: Jun 04, 2018
                              Form ID: pdf900           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Ashley Elizabeth Connelly | : | |
| Debtor | : | Bankruptcy No. 18-12931 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 04/30/2018 and this case is hereby DISMISSED.

June 4, 2018

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
Certification Concerning Credit Counseling
and/or Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106